JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FLORES,<br><br>Plaintiff,<br><br>vs.<br><br>LAURENO ALVAREZ; JOSE CHAVEZ; MELVIN PERAZA; TOMAS SALAZAR; JESUS RICO,<br><br>Defendants. | CASE NO.: CV19-10808-SPG (KSx)<br>*Hon. Sherilyn P. Garnett, Ctrm. 5C, 5th Fl., 1st Street*<br>*Mag. Karen Stevenson, Ctrm. 580, 5th Fl., Roybal*<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that the above-captioned action against Defendants **LAURENO ALVAREZ, JOSE CHAVEZ, MELVIN PERAZA, TOMAS SALAZAR** and **JESUS RICO**, is dismissed, with prejudice. Each side shall bear its own fees and costs.

Dated: August 23, 2023

_____
HON. SHERILYN P. GARNETT
UNITED STATES DISTRICT JUDGE

1